Martin J. Healy et al., Appellees, v. Metropolitan Life Insurance Company, Appellant.

Gen. No. 43,057.

Heard in the second division, first district, this court at the April term, 1944; opinion filed April 19, 1945; released for publication May 2, 1945. Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and Melvin L. Gibbard, of counsel; McNally & Tuohy, for appellees; Daniel D. Tuohy, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.